Clerk; U.S. District Court
Northern District of Texas
205 E. 5th St., Room 226
Amarillo, Texas 79101

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2012 MAR 23 AM 10:16
DEPUTY CLERK _____

March 21, 2012

Dustin Engler
#70755
9100 S. Georgia St
Amarillo, Texas 79118

    r.e. (United States of America vs. Dustin
    Anthony Engler Case no. 2:11-cr-00059)

Dear Sir,

 (1) Please take notice that I wish to give notice herein of my intent to appeal the sentence in the above cause.

 (2) I also request the appointment of appeal counsel.

       Yours Truely,
       Dustin Engler



Dustin Engler 70955
9100 Georgia
Amarillo TX 79118

RECEIVED
MAR 23 2012
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LOGGED RANDALL COUNTY JAIL

Clerk US District Court
205 E 5th St
Room 226
Amarillo, TX 79101