IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 2:11-~~MJ-051-02~~ CR-059-01 |
| | § | |
| DUSTIN ENGLER | § | |

## ORDER GRANTING MOTION TO
## <u>WITHDRAW AS COUNSEL</u>

Before the Court is the Motion to Withdraw as Counsel of John Massouh and Alex Yarbrough. The Court, having considered the Motion, is of the opinion that such Motion should be GRANTED.

IT IS THEREFORE ORDERED that John Massouh and Alex Yarbrough are allowed to withdraw as counsel of Defendant Dustin Engler and shall be considered withdrawn from this matter and any appeals hereafter.

SIGNED THIS 28th day of February 2013.

_____
JUDGE PRESIDING

7281.01
719760_1.docx