IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMERILLO DIVISION

DUSTIN ENGLER,
    Petitioner,

V.

UNITED STATES OF AMERICA,
    Respondant,

CASE NO. 2:11-MJ-051-02
2:11-CR-59

## PETITIONER'S OBJECTION TO COUNSEL'S MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF SAID COURT:

    INTO COURT COMES Dustin Engler, hereinafter referred to as petitioner through pro se representation files this said Motion objecting to Counsel's Motion to withdraw, it is will known fact that petitioner is interested in pursueing the issues on his Appeal by filing an En Banc to the Courts of Appeal and if denied by filing a Writ of Certiorari to the United States Supreme Court, the Counsel's on this case has already been informed as to petitioners wish of requesting for a rehearing on the issue by the full panel of judges on the 5th Circuit Court of Appeals, however, if this Honorable Court deems to grant the Counsel's Motion to withdraw, petitioner request that another Counsel be appointed to further pursue with this Legal process.

                            Respectfully Submitted.

                            *Dustin Engler*

## CERTIFICATE OF SERVICE

I Dustin Engler hereby certify that a true and Correct copy of this said Motion Objecting Counsel's Motion to Withdraw was mailed to the Clerk of Court for the United States District Court, Nothern District of Texas, on this _6_ day of March 2013.

Respectfully Submitted.

*Dustin Engler*

Dustin Engler 43680-177
Federal Correctional Institution
PO Box 1500
El Reno, Oklahoma 73036



RECEIVED
MAR 11 2013
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

7910 1155615

⇔43680-177⇔
Clerk Us District Court
Northern District Texas
205 Rm 226 SE 5TH AVE
Amarillo, TX 79101
United States

